UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GEORGE BURLESON                                                                                  PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:03CV211 LTS-JMR

HANCOCK COUNTY BOARD OF SUPERVISORS, ET AL.                    DEFENDANTS

### ORDER DENYING PLAINTIFF'S MOTIONS TO STRIKE ANSWER OF DEFENDANT RONNIE PETERSON AND FOR ENTRY OF A DEFAULT JUDGMENT

Upon due consideration of the plaintiff's motions to strike the answer filed on behalf of Defendant Ronnie Peterson and of the plaintiff's motion for entry of a default judgment against Defendant Ronnie Peterson, I find that Defendant Ronnie Peterson's failure to file his answer within the time permitted by the applicable rules of procedure has not operated to unduly prejudice the rights of the plaintiff, and this delay in filing does not justify depriving this defendant of his opportunity to defend against the plaintiff's claims on the merits.

Accordingly, it is

**ORDERED**

That the plaintiff's motion to strike the answer of Defendant Ronnie Peterson [27] is hereby **DENIED**, and

That the plaintiff's motion for entry of a default judgement against Defendant Ronnie Peterson [26] is hereby **DENIED**.

**SO ORDERED** this 1st day of March, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge