IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE E. BURLESON** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:03CV211** |
| | § | |
| **HANCOCK COUNTY BOARD OF** | § | |
| **SUPERVISORS, HANCOCK COUNTY** | § | |
| **SHERIFF'S DEPT., HANCOCK COUNTY** | § | |
| **SHERIFF'S DEPT. CIVIL SERVICE** | § | |
| **COMMISSION, STEVE GARBER,** | § | |
| **RONNIE PETERSON, ANNE** | § | |
| **WILLIAMSON, WILLIAM TATE, DAVID** | § | |
| **GARCIA, and JOHN DOES 1-5** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment and/or Alternatively to Dismiss [32] filed by the Hancock County Board of Supervisors, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice, each party to bear its own costs. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE